PD-0292-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/17/2015 4:37:43 PM
Accepted 3/19/2015 9:16:03 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS

## AUSTIN, TEXAS

| | | |
|---|---|---|
| **JENNIFER BANNER WOLFE,** § | | |
| **Appellant** § | | FILED IN |
| § | **No.** | COURT OF CRIMINAL APPEALS |
| **VS.** § | | |
| § | | March 19, 2015 |
| **THE STATE OF TEXAS,** § | | |
| **Appellee** § | | ABEL ACOSTA, CLERK |

## MOTION FOR EXTENSION OF TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, **JENNIFER BANNER WOLFE,** Appellant in the above entitled and numbered causes, by and through his attorney on appeal, **DAVID A. PEARSON, IV**, and files this motion for an extension of thirty (30) days in which to prepare and file his Appellant's Petition for Discretionary Review in each case. In support of this motion the Appellant would show the following:

1. This cause is styled *Jennifer Banner Wolfe vs. The State of Texas*, and is numbered 1200447D in the trial court and No. 02-12-00188-CR in the Court of Appeals-2nd District of Texas.

2. That Appellant's Petition for Discretionary Review in these causes is due to be filed in the Court of Criminal Appeals on or before <u>28 March 2015</u>.

1| Motion for Extension

3. That this is Appellant's first request for an extension of time to file the Appellant's Petition for Discretionary Review.

4. That the Appellant hereby requests an extension of thirty (30) days, until <u>27 April 2015</u>, to file the Appellant's Petition for Discretionary Review and as reasons therefore would further show the Court that the Attorney for Appellant does not have sufficient time to prepare Appellant's Petition for Discretionary Review on or before 28 March 2015.

5. That the Appellant is in custody and counsel is court appointed.

6. Attorney for Appellant is a solo-practitioner, without assistance of associate counsel or legal assistants, and is preparing for the following cases:

- *State of Texas v. Nicholas Ryan Acree*, Nos. 1386753, 1382616, 1388825, 1376155, 372nd District Court, Tarrant County, Unlawful possession of firearm, Engaging organized crime (2 charges), Murder.

- *State of Texas v. Devon Rayou Holland,* No. 1402604, 371st District Court, Tarrant County, Murder.

-*Roderick Dixon v. State of Texas*, Nos. 02-14-00379-CR, 02-14-00380-CR, 02-14-00381-CR, 02-14-00382-CR, Court of Appeals-2nd District of Texas, Appellant's brief due on 11 March 2015.

-*State of Texas v. Jacque Lamont Anderson*, Nos. 1391500, 1376399, 432nd District Court, Tarrant County, Continuous Sexual Abuse Child <14, Burglary Habitation.

-*Paul C. Ervin v. State of Texas*, No. 08-15-00025-CR, Court of Appeals – 8th District of Texas, Murder.

- *Rodney Chase Pettigrew v. State of Texas*, No. 02-14-00494-CR, Court of Appeals – 2nd District of Texas, Capital Murder.

-*State v. Ervinson L. Wiley*, No. 1321241, 213th District Court, Tarrant County, Aggravated Sexual Assault.

-*State v. Ricardo Veliz*, No. 1365527, 213th, Tarrant County, Unlawful Possession Firearm-Felon-Habitual.

-*State v. Daniel Benjamin Baker*, No. CR14-0611, 43rd District Court, Parker County, Aggravated Sexual Assault-Child, Indecency Child-Contact.

-*State v. Joseph Robert Dodson*, No. 1316921, 297th District Court, Tarrant County, Capital Murder.

Undersigned Counsel has devoted numerous out-of-court hours to prepare the above-referenced cases for trial. **In most of the above-referenced cases Undersigned Counsel has logged numerous hours retrieving and reviewing electronic recordings and digital media**.

7. During the last sixty (60) days, along with many court docket settings and client/case matters, Attorney for Appellant has completed the following:

- *In the Matter of B.H.*, No. 02-14-00355-CV, Court of Appeals-2nd District of Texas, *Appellant's Brief filed 9 February 2015*.

- *In the Matter of R.F.*, No. 02-14-00345-CV, Court of Appeals-2nd District of Texas, *Appellant's Brief filed 2 March 2015*.

-*State v. Gary Leonard Foreman*, No. 1345669, 1382677, 1382678, 1382784, 1386055, 432nd District Court, Tarrant County, Unlawful Possession Firearm-Felon-Habitual, Aggravated Robbery-Habitual (2), Theft 1500-20,000, Bail Jumping, *plea on 9 March 2015*.

-*Hayward George Slater, Jr. v. State of Texas*, No. C-396-010340-1202116-A. **Undersigned Counsel represented the above-named appellant on direct appeal from his capital murder (death waived) conviction. In the above cause number Counsel filed a comprehensive responsive affidavit on 22 January 2015 to the appellant's claims in a writ habeas corpus against appellate counsel. Counsel expended 14.25 hours this month in drafting and filing that response.**

-*State v. Jeffery Michael Vendeville*, No. 1368235D, CDC4, Tarrant County, Assault Public Servant-Retaliation-Repeat Offender, *plea settlement on jury trial setting 26 January 2015*.

*-State v. William Bruce Senn*, No. CR14-0051, CR14-0152, CR14-0163, 43rd District Court, Parker County, Sexual Assault-Child, Indecency with Child, Possession Child Pornography, *sentencing on open plea on 28 January 2015*. **Undersigned Counsel expended numerous trial preparation hours in this case between the open plea on 8 January 2015 and the sentencing hearing on 28 January 2015**.

*-Austin Crawford v. State of Texas*, PD-598-14, Court of Criminal Appeals, Austin, TX; Petition for Discretionary Review filed 28 January 2015.

*-State v. Roy Donnell Coleman*, No. CR14-0386, 43rd District Court, Parker County, Burglary Building-Repeat Offender, *plea on 8 January 2015*.

*-State v. Eric Shane Wilson*, No. CR17802, 271st District Court, Wise County, Abandon Endanger Child Criminal Negligence, *plea on 15 January 2015*.

*-Jesse Riojas Beltran v. State*, 02-14-00196-CR, 02-14-00197-CR, CR, 02-14-00198-CR, Court of Appeals-2nd District of Texas; *Appellant's Brief filed 4 December 2014*.

*-Travis Wayne Teehee*, No. 02-14-00137-CR, Court of Appeals-2nd District of Texas; *Appellant's Brief filed 3 December 2014*.

8. This motion is not filed for the purpose of delay, but rather so that there will be sufficient time for the work to be done in a proper manner and for the effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that this Honorable Court extend the time for filing Appellant's Petition for Discretionary Review in this cause until 27 April 2015.

Respectfully Submitted,

DAVID A. PEARSON, P.L.L.C.

By: _____
David A. Pearson, IV
ATTORNEY FOR APPELLANT
222 W. Exchange Ave., Ste. 103
Fort Worth, Texas 76164
(817) 625-8081
FAX: (817) 625-8038
Bar ID# 15690465
E-MAIL: david@lawbydap.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing First Motion for Extension of Time for Filing Appellant's Petition for Discretionary Review was e-served to Debra Windsor, Tarrant County Assistant District Attorney, at CCAAppellateAlerts@TarrantCounty.com on the 17th day of March, 2015.

_____
David A. Pearson, IV

6| Motion for Extension